# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to:

YOU ARE COMMANDED to have the body of  ERIC LINO

 now in your custody, before the United States District Court for the District of Massachusetts, United

States  Courthouse, 1 Courthouse Way, Courtroom No. 23 , on the  7th  floor,

Boston, Massachusetts on  December 22, 2003 , at 2:00  P. M.

for the purpose of  Arraignment

in the case of      UNITED STATES OF AMERICA V.  ERIC LINO

CR Number  03-10377-WGY

And you are to retain the body of said  ERIC LINO  while

before said Court upon said day and upon such other days thereafter as his attendance before said Court

shall be necessary, and as soon as may be thereafter to return said  ERIC LINO  to

the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had

not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your

doings herein.

Dated this  15th  day of  December 2003 .

_____
UNITED STATES MAGISTRATE JUDGE