UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.     )<br>)<br>ERIC LINO    ) | Criminal No. 03-10377-WGY |

### PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby respectfully requests that this Court issue a Writ of Habeas Corpus Ad Prosequendum to Warden, Bristol House of Corrections, in Dartmouth, Massachusetts, for the purpose of securing **ERIC LINO** at a initial appearance and arraignment before Magistrate Judge Lawrence P. Cohen on December 22, 2003 at 2 p.m. In support of this petition, the government states that:

1.  That **ERIC LINO, DOB 5/29/81** is presently confined at Bristol House of Corrections and will be so confined on December 22, 2003.

2.  That **ERIC LINO** was indicted in the above-captioned case.

3.  That **ERIC LINO** is due to appear before the United States District Court, at Boston, Massachusetts, for the purpose of initial appearance and arraignment on December 22, 2003 at 2 p.m.

**WHEREFORE**, the government requests that this Court issue a Writ of Habeas Corpus Ad Prosequendum to be directed to the United States Marshal for the District of Massachusetts, to the Warden, Bristol House of Corrections, and to any other person having custody and control

of **ERIC LINO**, commanding them to produce **ERIC LINO** before Magistrate Judge Lawrence P. Cohen at the United States Courthouse, 1 Courthouse Way, at Boston, Massachusetts on December 22, 2003 at 2 p.m.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

By:

                              PETER K. LEVITT
                              Assistant U.S. Attorney

DATED: December 15, 2003

ALLOWED:

_____
LAWRENCE P. COHEN
UNITED STATES MAGISTRATE JUDGE

Dated: