UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
03-10377-WGY

UNITED STATES OF AMERICA

v.

ERIC LINO

ORDER ON BAIL

December 22, 2003

COHEN, M.J.

It appearing that the above-named defendant is subject to warrants demanding his custody by state authorities, a term of custody which, by its terms, may not expire prior to the time that the defendant must be tried in this Court under the provisions of the Speedy Trial Act, it is hereby ordered as follows, with the consent of the defendant:

1. If state authorities seek the surrender of the defendant to their custody, upon presentation of appropriate warrants or other documents authorizing the same, bail herein shall be set at personal recognizance pending delivery of the defendant to the appropriate officers of the Commonwealth by the United States Marshal for this District.

2. Immediately upon the surrender of the defendant herein to the appropriate officers of the Commonwealth as set forth in Paragraph 1 immediately above, bail is set at $500,000 with surety, and the United States Marshal for this District shall cause a detainer to be filed and lodged against the defendant at his place of confinement.

3. In the event that the defendant shall be released from state custody prior to the completion of the proceedings in this case, the defendant shall be brought before this court for further proceedings consistent with the provisions of the Bail Reform Act of 1984.

_____
UNITED STATES MAGISTRATE JUDGE