UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. )
) Criminal No. 03-10377-WGY
ERIC LINO )
Defendant )

## INFORMATION

**COUNT ONE:**   (Title 21, United States Code, Section 851 --
Notice of Prior Conviction)

The United States Attorney Charges that:

1. On or about October 26, 2001, ERIC LINO was convicted in the Falmouth District Court of Possession with Intent to Distribute a Class B substance (cocaine), in violation of M.G.L. 94C, §32E. A copy of the Judgment of Conviction of Falmouth District Court, docket No. 0189CR001819, is attached as Exhibit 1.

2. ERIC LINO has been named as a defendant in an Indictment in this Court, attached as Exhibit 2.

3. By way of this information, the government notifies ERIC LINO, that he is charged with committing the crimes alleged in said Indictment after having been previously convicted of a felony drug offense as set out in paragraph 1 above.

All in keeping with Title 21, United States Code, Section 851(a)(1).

                                          Respectfully submitted,

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

                              By:  PETER K. LEVITT
                                  Assistant U.S. Attorney

Dated: December 22, 2003

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the foregoing document by hand on Cornelius Kane, Esq., counsel for ERIC LINO.

_____
PETER K. LEVITT
Assistant U.S. Attorney