UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

V.                                             **CRIMINAL**
                                               NO. 03-10377 -WGY

**ERIC LINO**

### INITIAL SCHEDULING ORDER

YOUNG, C.J.

The above named defendant(s) having been arraigned on 12/22/03 before COHEN, USMJ, and having elected to proceed under the automatic discovery rules, IT IS HEREBY ORDERED in accordance with Local Rules (LR) 116.1 through 116.5 that:

A. The government shall provide automatic discovery by 1/19/04 See L.R116.1(C).

B. The defendant shall provide automatic discovery by 1/19/04. See LR 116.1(D).

C. Any discovery request letters shall be sent and filed by 2/2/04. See LR 116.3 (A) and (H).

D. Any responses to discovery request letters shall be sent and filed by 2/16/04. See LR 116.3(A).

E. An initial status conference in accordance with LR 116.5 will be held on 2/2/04 at 2:00 p.m. in Courtroom No. 18 on the 5 floor.

By the Court,

12/29/03                                       /s/ Elizabeth Smith
_____                                _____
Date                                           Deputy Clerk

(Crinsch1.wp - 11/24/98)