# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

ERIC LINO

**WARRANT FOR ARREST**

Case Number: 03cr10377 WGY

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __ERIC LINO__
                                       Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] INDICTMENT  [ ] INFORMATION  [ ] COMPLAINT  [ ] ORDER OF COURT  [ ] VIOLATION OF NOTICE  [ ] PROBATION VIOLATION PETITION

CHARGING HIM OR HER WITH (brief description of offense)

**Conspiracy to distribute cocaine; distribution of cocaine**

in violation of Title __21__ United States Code, Section(s) __846 & 841(a)(1)__

**ROBERT B. COLLINGS**
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

**UNITED STATES MAGISTRATE JUDGE**
Title of Issuing Officer

**Boston, MA; December 11, 2003**
Date and Location

Bail fixed at $ _____  BY _____

### RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE NAMED DEFENDANT AT _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | WARRANT EXECUTED BY DEA BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 12/27/03 | |
| DATE OF ARREST | | |