UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                                **Criminal Action
No:03-10377-WGY**

**UNITED STATES
Plaintiff**

v.

**ERIC LINO
Defendant**

NOTICE OF SCHEDULING CONFERENCE

**YOUNG, C.J.**

TAKE NOTICE that the above-entitled case has been set for SCHEDULING CONFERENCE at 2:00 P.M., on WED. JUNE 2, 2004, in Courtroom No. 18, 5TH floor.

                              **By the Court,**

                              **/s/ Elizabeth Smith**

                              **Deputy Clerk**

**May 25, 2004**

**To: All Counsel**