AO 458 (Rev. 5/85) Appearance

# United States District Court

_____ DISTRICT OF _Massachusetts_

## APPEARANCE

CASE NUMBER: 03-10377-WGY

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for _Eric Hind_

_6/2/04_
Date

Signature: _Barry P. Wilson_
Print Name: BARRY P WILSON
Address: 240 Commercial St
City: Boston   State: MA   Zip Code: 02109
Phone Number: 617-428-8878