UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
In Open Court
USDC, Mass.
Date 6-2-04
By
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal No. 03-10377-WGY |
| ) | |
| ERIC LINO ) | |

JOINT MOTION FOR ORDER OF EXCLUDABLE DELAY

The United States of America, and defendant Eric Lino, through his undersigned counsel, respectfully request that the Court enter an Order of Excludable Delay in this case with respect to the period set forth in the proposed Order of Excludable Delay filed herewith, for the reasons set forth in the proposed Order.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ David G. Tobin
DAVID G. TOBIN
Assistant U.S. Attorney

/s/ Barry Wilson
BARRY WILSON, Esquire
for defendant ERIC LINO

YOUNG D.J.
MOTION ALLOWED
By the Court

/s/ Elizabeth Smith
Deputy Clerk