# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Criminal Action
No: <u>03-10377-WGY</u>

**UNITED STATES**
Plaintiff

v.

**ERIC LINO**
Defendant

## SCHEDULING ORDER

YOUNG, C.J.

An initial status conference in accordance with LR 116.5 was held on 6/2/04

Any substantive motions are to be filed by   8/23/04  . See LR 116.3(E) and (H).

Response to any motion is to be filed on or before   9/7/04       See LR 116.3(I).

A Final Pretrial Conference will be held on   9/20/04 @ 2:00 PM

A joint memorandum in accordance with LR 116.5(C) is to be filed by 9/20/04

A tentative trial date has been set for   9/27/04

The time between   6/2/04   and   9/27/04       is excluded in the interest of justice.

By the Court,

/s/ Elizabeth Smith
_____
Deputy Clerk

June 3, 2004
To: All Counsel