UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. |
| | ) | 03-CR-10377-WGY |
| v. | ) | |
| | ) | |
| ERIC LINO | ) | |
| Defendant. | ) | |

## STATUS MEMORANDUM

The United States of America and the defendant by his undersigned counsel submit this status memorandum in the above-referenced case.

### Discovery/Additional Discovery

The government provided the defendant with automatic discovery on January 21, 2004. The defendant filed a discovery letter on June 22, 2004 (copy attached). The government filed a response on August 27, 2004 (copy without enclosures attached). The government will provide the defense with Jenks information not later than October 25, 2004.

### Defense of Insanity/Public Authority

Defendant Lino does not intend to present such defenses.

### Request for Alibi

The government requested notice of alibi on January 21, 2004 from defendant Lino. No response has been received.

### Motions

On September 9, 2004, the Court granted a defense motion to set the motion filing date three weeks before trial. The motion filing date is October 25, 2004. No motions have been filed as

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. |
| | ) | 03-CR-10377-WGY |
| v. | ) | |
| | ) | |
| ERIC LINO | ) | |
| Defendant. | ) | |

## STATUS MEMORANDUM

The United States of America and the defendant by his undersigned counsel submit this status memorandum in the above-referenced case.

### Discovery/Additional Discovery

The government provided the defendant with automatic discovery on January 21, 2004. The defendant filed a discovery letter on June 22, 2004 (copy attached). The government filed a response on August 27, 2004 (copy without enclosures attached). The government will provide the defense with Jenks information not later than October 25, 2004.

### Defense of Insanity/Public Authority

Defendant Lino does not intend to present such defenses.

### Request for Alibi

The government requested notice of alibi on January 21, 2004 from defendant Lino. No response has been received.

### Motions

On September 9, 2004, the Court granted a defense motion to set the motion filing date three weeks before trial. The motion filing date is October 25, 2004. No motions have been filed as

of today.

**Further Scheduling**

The government will not object if the defense requests a further status conference date.

**Resolution of the Case**

The government anticipates a trial in this case.

**Length of Trial**

The government anticipates approximately 5 days for its case-in-chief.

For Defendant Lino

/s/ Barry P. Wilson
Barry P. Wilson, Esq.

By: MICHAEL J. SULLIVAN
United States Attorney

/s/ David G. Tobin
DAVID G. TOBIN
Assistant U.S. Attorney

2

# LAW OFFICES OF
# BARRY P. WILSON

BARRY P. WILSON
EDWARD N. HARRINGTON

MAILING ADDRESS:
240 COMMERCIAL STREET
SUITE 5A
BOSTON, MASSACHUSETTS 02109
617 248-8979
FAX 617 523-8700

June 22, 2004

David Tobin, Esq.
Assistant U.S. Attorney
United States Courthouse
Suite 9200
1 Courthouse Way
Boston, MA 02210

      RE: *United States v. Eric Lino*
           *No. 03-10377-WGY*

Dear Mr. Tobin:

    Appreciating the local rules of United States District Court for the District of Massachusetts, I would still request that you provide me the following discovery in an effort to see if this matter can be resolved short of trial. Obviously, without said material, I can not begin to evaluate the case and have an intelligent discussion with my client as to his entertaining a plea.

    The material that I request is the following:

A.    The name of the confidential source and all DEA- 6 reports as well as any grand jury testimony. Your predecessor indicated that the Government did not intend to call him in their case-in-chief, but he is an alleged percipient witness to the deals on February 10, 2003 and June 18, 2003. therefore, I believe I am entitled to said material, and it is only a question of when I receive it, not if I receive it.

B.    The coached debriefing of the confidential source (Febuary 7, 2003) without parts of paragraphs blanked out.

C.    Any other material statements or grand jury testimony of any witnesses you intend to call at trial..

As I indicated, I believe I am entitled to all this material for a variety of reasons. It is only a question of timing. This situation is further compounded by recent decisions concerning the guidelines and your response can only help me determine if there will be a plea in this case, as well as the parameters of any trial.

I await your response.

Very truly yours,

Barry P. Wilson

BPW/rgd



U.S. Department of Justice

*Michael J. Sullivan*
United States Attorney
District of Massachusetts

---

*Main Reception: (617) 748-3100*

John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, Massachusetts 02210

August 27, 2004

Barry P. Wilson, Esquire
240 Commercial Street, Suite 5A
Boston, MA 02109

Re:   **United States v. Eric Lino**
      **Criminal No. 03-CR-10377-WGY**

Dear Mr. Wilson:

Enclosed please find the following materials pertaining to the above-referenced Case:

1. Grand Jury testimony of Edward J. Libby;
2. Grand Jury testimony of Jarrid J. Senac;
3. Grand Jury testimony of Carl J. Romiza;
4. Grand Jury testimony of Lance Gill;
5. Grand Jury testimony of New Bedford Police Detective Dean Fredericks;
6. DEA-6 Report of Investigation by Dean Fredericks, TFA, prepared on 02/11/2003 (with redactions);
7. Criminal record of Christopher Viger (DOB: 3/16/79)(a.k.a. Michael Perry - DOB: 3/16/78)

I am unable to honor your request for an unredacted copy of Officer Fredericks' DEA-6 Report of Investigation. The portion of the report that has been redacted contains information unrelated to the prosecution of your client. The release of the information may hinder future law enforcement activities.

Additional discovery materials will be provided twenty-one days before trial, pursuant to the local rules of discovery.

Barry P. Wilson, Esquire
August 24, 2004
Page 2

    The confidential witness in this case is Christopher Viger. His date of birth is March 16, 1979. Mr. Viger is also known as Michael Perry, with a date of birth of March 16, 1978.

                            Very truly yours,

                            MICHAEL J. SULLIVAN
                            United States Attorney

               By:
                            DAVID G. TOBIN
                            Assistant U.S. Attorney

Copy to:  Elizabeth Smith
          Clerk to the Honorable Chief Judge Young
          (w/o enclosures)