# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA                    CRIMINAL CASE

                                            NO. 03-10377-WGY

          V.

    ERIC LINO
              Defendant

## NOTICE OF ARRAIGNMENT

<u>Lawrence P. Cohen, M.J.</u>

PLEASE TAKE NOTICE that the above-entitled case has been set for

ARRAIGNMENT on Monday, November 8, 2004 at 11:00 A.M before Judge <u>LAWRENCE P.

COHEN, MJ</u>  in <u>Courtroom # 23</u> on the <u>7th</u> floor of the United States Courthouse, 1 Courthouse

Way, Boston, Massachusetts.

Please note that the defendant must appear with counsel.  If he/she is unable to

secure counsel and believes, because of his/her financial condition, that counsel should be

appointed, he/she should contact the undersigned at (617) 748-4231.

Also note that the defendant must contact the U.S. Pretrial Services Office at (617)

748-9213 at least 72 hours before the above date.

                                  TONY ANASTAS,
                                  CLERK OF COURT

 Date: October, 28, 2004                    By   <u>/s/ Maria Simeone</u>
                                     Courtroom Deputy

Notice mailed/e-mailed to: all counsel of record

**(notice of arraignment.wpd - 7/99)**                                              **[kntchrgcnf.]**