UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**WRIT OF HABEAS CORPUS**

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies, and to:

**BRISTOL COUNTY HOUSE OF CORRECTION
RE: ERIC LINO**

YOU ARE COMMANDED to have the body of **ERIC LINO** now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No. 23, on the 7th floor, Boston, Massachusetts on **NOVEMBER 8, 2004, at 11:00 A.M.**, for the purpose of **ARRAIGNMENT** in the case of **UNITED STATES OF AMERICA v. ERIC LINO, Criminal Number CR 03-10377-WGY.**

And you are to retain the body of said **ERIC LINO** while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said **ERIC LINO** to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated: November 3, 2004

Lawrence P. Cohen
UNITED STATES MAGISTRATE JUDGE
By: _____
Deputy Clerk