UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA** )
)
    vs. )    Criminal No. 03-CR-10377-WGY
)
)
**ERIC LINO** )

### Government's Witness List

The government anticipates it may call the following witnesses during its case-in-chief in the above-captioned case:

1.) Gerard Senac
   70 Roundhouse Road
   Bourne, MA

2.) Lance C. Gill
   134 Dove Hill Road
   North Falmouth, MA
   (Last known local address)

3.) Edward J. Libby
   42 Currier Road
   Falmouth , MA  02540

4.) Christopher Vigor
   18 Wing Street
   New Bedford, MA

5.) Nicole Roderigues
   110 Seabrook Drive
   E. Falmouth, MA

6.) Carl J. Romiza
   56 Jaime Lane
   Falmouth, MA  02540

7.) Michael Vecchione
   165 Heritage Circle
   E. Falmouth, MA  02540

8.) Louis V."Vin" Gomes
   20 Doran Drive
   Falmouth, MA  02540

```
 9.)  Nelson Baptiste, Jr.
      8 Veeder Drive
      East Falmouth, MA  02536

10.)  Michael Bennett
      119 Seacoast Shore Boulevard
      Falmouth, MA  02540

11.)  Richard J. Kempton, II
      122 Tanglewood Drive
      Falmouth, MA  02540

12.)  Adrian S. Krawczeniuk
      Senior Forensic Chemist
      DEA Drug Enforcement Laboratory
      99 Tenth Avenue, Suite 721
      New York, New York  10011

13.)  Elisabeth O'Brien
      Assistant Analyst
      Massachusetts Department of Public Health
      State Laboratory Institute
      305 South Street
      Boston, MA  02130-3597

14.)  Daniel J. Forde
      Special Agent, Drug Enforcement Administration

15.)  Christopher Grenier
      Special Agent, Drug Enforcement Administration

16.)  Paul Boch
      Special Agent, Drug Enforcement Administration

17.)  Jeffrey Silva
      SGT, New Bedford Police

18.)  Dean Fredericks
      Officer, New Bedford Police

19.)  Robert Murray
      Detective, Falmouth Police

20.)  Kevin Frye
      Detective, Mashpee Police
```

21.) Paul Bryant
     Detective, Mashpee Police

22.) John Hanifin
     Officer, Mashpee Police

23.) Celeste Cabral
     Bristol County Sheriff's Department

24.) George Richards
     Bristol County House of Correction
     400 Faunce Corner
     N. Dartmouth, MA  02747

                                                Respectfully submitted,
                                                MICHAEL J. SULLIVAN
                                                United States Attorney

                                   By:  */s/ David G. Tobin*
                                          DAVID G. TOBIN
                                          Assistant U.S. Attorney

Date:  November 8, 2004


Copy to:  Ms. Elizabeth Smith, Courtroom Clerk to the Honorable
          Chief Judge William G. Young