United States of America
                              v.
                          Eric Lino
                       03-CR-10377-WGY


Transcript of Tape #N-19

July 31, 2003

Participants:
Nicole Roderigues
Defendant Eric Lino

**************************************************************

Roderigues:    --have that Cadillac at my house, they're seizing his car.

Lino:          They're seizing my Cadillac.

Roderigues:    They're seizing *his car*.  Did you hear me?

Lino:          Oh, they're seizing his car?

Roderigues:    Yeah.

Lino:          For what?

Roderigues:    Because they said that they have proof that you've been selling drugs out of it.  And--

(Break in taping)

Roderigues:    --and, I don't know-

Lino:          Well, like, I'm pretty smart.

Roderigues:    Well, like, some of that, is gone, 'cause, like, I messed up, but it's OK.

Lino:          You mean, um, that water?

Roderigues:    Yeah.

Lino:          That's fine.

U.S. v. Lino
03-CR-10377-WGY
Transcript of Tape N-19

Page 2 of 3

| | |
|---|---|
| Roderigues: | No, it's not water, no, it was, like, worse than that, but I think it's gonna be OK. It was like, I left, and I ran, like, somewhere, and go make a stop, and, like, put my stuff away, and somebody saw me, and they went to see what it was, and then I went back, and they were like, I see that, I'm doin' this, I'm doin' that, and I was like [UI] and [UI] and I don't know if they're-- |
| Lino: | Wait, hold, wait-- |
| Roderigues: | --just sayin' that so I won't try to get it back and they're gonna have it for themselves. But that's OK, it's OK, because I don't... (crying) |
| Lino: | Because what? |
| Roderigues: | Because I can't get, can't get in trouble for it, so I'd rather, if he's just gonna keep it, let him just keep it. |
| Lino: | Was it like, I'm gonna, like, write you, like, a letter? Huh? |
| Roderigues: | What, I don't, I, yeah, I guess I'll write you a letter, I'll write, I... |
| Lino: | No, I'm just sayin', like, you know, like, I write down on a piece of paper, like, a letter, you know? That's what it sounds like, my letters, my paper letters? |
| Roderigues: | No no no no. |
| Lino: | Huh? |
| Roderigues: | No, no, no, no, no. The other thing. |
| Lino: | What, that was in my pocket on the floor? |
| Roderigues: | Yeah. That was, like, the first thing I did, and I left, and I went somewhere- |

```
U.S. v. Lino
03-CR-10377-WGY
Transcript of Tape N-19

Page 3 of 3
```

| | |
|---|---|
| Lino: | Well, I mean, you know- |
| Roderigues: | --[UI] my house, and the people that work there saw me and went and did a little investigating on their own, so now it's gone, and hopefully it's just gonna stay with whoever found it, and they're not gonna bring it where they said they're gonna bring it. And they saw my car. But the DEA didn't say anything like, about it, and they're working with the local police, that's what they said, it's a local and federal investigation on him. |
| Lino: | But, I mean, like, they don't have anything on me. |
| Roderigues: | I know. |