United States of America
v.
Eric Lino
03-CR-10377-WGY

Transcript of Tape #N-22

Participants:
Randy Rose
Defendant Eric Lino


Lino:    --with the towels?

Rose:    Yup yup yup yup yup yup yup yup yup, all set.

Lino:    Oh, yo, I thought that was like, what they--

Rose:    No no no--

Lino:    I was was like, oh my goodness, yo...

Rose:    No no no no no-

Lino:    That would, then, then they woulda really...

Rose:    Yeah.  No, that's all set.

(Laughing)

Lino:    I was like, oh, my God.  That's why I asked how many, you know?

Rose:    Yeah.

Lino:    I mean, that was a long time ago.  I forgot about that.

Rose:    No, but just do what I say, nigger.  Just trust me, I'm doin', you don't even know what I'm doin', nigger, 'cause I ain't gonna talk about this on, over the phone, but just trust me.

Lino:    Aw, yeah, I mean, you know, that's it, I mean it's, I feel like I need a, you know, I need a new, I need a good lawyer.  I don't know, I don't know if [UI]'s gonna try fuckin' me or what, though.

```
U.S. v. Lino
03-CR-10377-WGY
Transcript of Tape N-2

Page 2 of 4
```

Rose:   Yeah, get, 'x' that motherfucker [UI]

Lino:   That's why I need, you know, I need you to actually talk to goddamn [UI]. I can't have Mum, Mum don't know what the hell--

Rose:   Yeah, well, I'm, I'm, Tuesday, I'm gonna call--

Lino:   You know, whatever, meet up, don't tell Nicole that I'm out of the hole or anything, you know, tell her that you been talkin' to me or anything like that.

Rose:   No, I'm pissed off with that bitch, I sayin', you know, fuck her, seriously, I'm tellin' you straight up, dude.

Lino:   She's been, she was hollerin' at me-

Rose:   [UI] nigger, you know, I don't give a shit what the fuck happens between me and your mother, I want you to know this, you, you, the way you used to look out for me, that's what I appre-- I've always told you that, and I still do. No matter what happened to m-- back then, nigger, I don't care, that doesn't matter, you know, you're a great kid. I just wish sometimes you had listened a little bit more to what I was tryin' to tell you, but, you know, this is what you found out. But, you know what, I want you, when you come out of there, I want you to have your shit. You deserve that, nigger, you fuckin', you might do five years, you deserve your shit and, your girl, I, you know, I'm, just point blank I just, you know, I don't know. Somethin' about that shit I just don't trust, and I'm just, I'm relayin' that to you, you can go to sleep with that.

Lino:   I know, I, I understand where you're comin' from, you know what I mean, but I know for a fact she wouldn't do me wrong.

Rose:   Yeah, but you know, the fuckin', nigger--

Lino:   She, huh?

U.S. v. Lino
03-CR-10377-WGY
Transcript of Tape N-2

Page 3 of 4

Rose: Jerry's truck, I'll tell you right now, Jerry's truck--

Lino: Hey [UI] but nobody knew anything about that situation, you know what I mean?

Rose: Yeah, but still, I don't care, yeah, I don't care, nigger, she shoulda been just fuckin' listened and thought. And there's somethin' else, nigger, that, I, see, can't talk on the phone about it, you know, how can I say this to you so you'll get it...

Lino: [UI]

Rose: No, the shit that was there.

Lino: Yeah, but that, yeah.

Rose: OK, that shit shoulda been gone the day they found it. Point blank. Point blank. What were they up to, nigger, you know?

Lino: What d'you mean, the shit shoulda been gone when they found it?

Rose: Alright, just remember this conversation, right?

Lino: Yeah.

Rose: And remember what I just said to you, when I see you on Tuesday I'm gonna say somethin' different to you. I'm gonna say 'one twelve.'

Lino: Yeah, I understand, I understand exactly what you're talkin' about.

Rose: Yeah.

Lino: I know right when she, when she found, you know--

Rose: Bye.

Lino: Huh?

U.S. v. Lino
03-CR-10377-WGY
Transcript of Tape N-2

Page 4 of 4

Rose:   It shoulda been, 'bye,'

Lino:   I know, but she...

Rose:   Why? Why? Why? You know what? You know what, honestly, they, you know, seriously, seriously, you know, yeah, I don't, just think about that, just think about that--

Lino:   I know, alright, that's, you know, that's what I'm sayin', she wouldn't do anything--

Rose:   What were they tryin' to, what was on their mind? What were they thinkin'? What the fuck were they thinkin'?

Lino:   I know. She, she panicked and didn't know what the fuck to do.

Rose:   [UI] the very next day, the very next day, what was she thinkin'? What was she thinkin'?

Lino:   I know, she didn't, she, she didn't know what the fuck to do, you know? [UI] you know how women are, they get, they don't know what to do.

Rose:   Yeah, but, don't fall for that shit with her, don't--

Lino:   I know, I know, I know for a fact, you know what I'm sayin', she's not gonna hurt me in no way, she can't, there's no possibly way, I couldn't fight that 'til fuckin' [UI], you know what I mean, there's no fuckin' possible [UI]

Rose:   All right, drop this converation, let's not talk about this anymore.

Lino:   Yeah.