UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | Criminal No. 03-CR-10377-WGY |
| | ) | |
| | ) | |
| **ERIC LINO** | ) | |

### Government's Revised Witness List

The government anticipates that the following individuals may be called as witnesses or mentioned at trial:

1.) Gerard Senac,
    Bourne, MA;

2.) Lance C. Gill,
    N. Falmouth, MA;

3.) Edward J. Libby,
    Falmouth , MA
    (Last known local address);

4.) Christopher Vigor,
    New Bedford, MA;

5.) Nicole Roderigues,
    E. Falmouth, MA;

6.) Carl J. Romiza,
    Falmouth, MA;

7.) Michael Vecchione,
    E. Falmouth, MA;

8.) Louis V."Vin" Gomes,
    Falmouth, MA;

9.) Nelson Baptiste, Jr.,
    E. Falmouth, MA;

10.) Michael Bennett
     E. Falmouth, MA;

11.) Thomas Cahill
     Auto Pros
     Bridgewater, MA;

12.) Dennis Maietta
     Assistant Chief, Massachusetts Probation Department -
     Falmouth Office;

13.) Adrian S. Krawczeniuk,
     Senior Forensic Chemist,
     DEA Drug Enforcement Laboratory
     99 Tenth Avenue, Suite 721
     New York, New York 10011

14.) Elisabeth O'Brien,
     Assistant Analyst,
     Massachusetts Department of Public Health
     State Laboratory Institute
     305 South Street
     Boston, MA 02130-3597

15.) Michael Lawler
     Massachusetts Department of Public Health
     State laboratory Institute
     305 South Street
     Boston, MA 02130-3597;

16.) Daniel J. Forde,
     Special Agent, Drug Enforcement Administration;

17.) Paul Boch,
     Special Agent, Drug Enforcement Administration;

18.) Jeffrey Silva,
     SGT, New Bedford Police;

19.) Dean Fredericks,
     Officer, New Bedford Police;

20.) Robert Murray,
     Detective, Falmouth Police;

21.) Eric Kraus
     Officer, Falmouth Police;

22.) Kevin Frye,
     Detective, Mashpee Police;

23.) Paul Bryant,
 Detective, Mashpee Police;

24.) John Hanifin,
 Officer, Mashpee Police;

25.) George Richards
 Bristol County House of Correction
 400 Faunce Corner
 N. Dartmouth, MA 02747;

26.) John Rogizinski
 Major, Barnstable County Sheriff's Office;

27.) Catrina Gonsalves
 Officer, Bristol County Sheriff's Office;

The government reserves the right to supplement or modify the list with reasonable notice to the defendant.

                          Respectfully submitted,
                          MICHAEL J. SULLIVAN
                          United States Attorney

                By:  /s/ David Tobin
                    DAVID G. TOBIN
                    Assistant U.S. Attorney

Date: November 12, 2004