

**U.S. Department of Justice**

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

November 10, 2004

**By FAX**
Barry P. Wilson, Esq.
240 commercial Street, Suite 5A
Boston, MA 02109

    Re: United States v. Eric Lino

Dear Mr. Wilson:

    Please add the following individual to the government's witness list:

           Dennis Maietta
           Assistant Chief, Massachusetts Probation
           Department - Falmouth Office.

Mr. Maietta supervised the defendant while the defendant was on state probation.  Mr. Maietta will testify that the defendant provided state probation with twelve checks that purported to be paychecks from Baptiste Masonry.  Mr. Maietta will provide the government with copies of the checks and the defendant's probation file on Friday (Thursday is a holiday).  I will provide you with copies immediately after receiving the materials from Mr. Maietta.

    I also anticipated receiving on Friday a copy of the Mashpee Police Report pertaining to the defendant's January 21, 2003 arrest for possession of cocaine and marijuana.  This arrest resulted in a Superior Court case against the defendant that is pending.  I will provide you a copy of the police report immediately after receiving it from the Mashpee Police Department.  The government may introduce evidence of the defendant's January 21, 2003 possession of cocaine in Mashpee at his federal trial.

    Attached are the notes provided by state chemist Elisabeth

Mr. Wilson
November 10, 2004
Page 2

O'Brien pertaining to the testing of cocaine in this case (along
with Ms. O'Brien's cover letter)(18 pages total).  Notes provided
by DEA chemist Adrian S. Krawczeniuk are also attached (17 pages
total).

     Please contact me if you believe there are any outstanding
discovery issues.  Thank you.

                    Very truly yours,



                    David G. Tobin
                    Assistant U.S. Attorney