```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Criminal No. 03-CR-10377-WGY |
| | ) | |
| **ERIC LINO** | ) | |

## PROPOSED EXHIBIT LIST
## OF THE UNITED STATES OF AMERICA

The United States of America hereby files the following list of Proposed Exhibits for the trial in the above-captioned matter. The government reserves its right to supplement, modify and number the list in light of the evidence that is admitted at trial and with reasonable notice to the defendant.

| Exhibit Number | Exhibit |
|---|---|
| 1 | DEA N-1 video tape of defendant in Mashpee Commons parking - February 10, 2003 |
| 2 | Cocaine & packaging (12.4 grams purchased from defendant on February 10, 2004 in Mashpee Commons parking lot.) |
| 3 | DEA-N4 audio tape of telephone call between the defendant and Christopher Vigor - June 18, 2003 |
| 3A | Transcript of DEA-N4 |
| 4 | Cocaine & packaging (55.2 grams purchased from defendant on June, 18, 2003 at the side of a road) |
| 5 | Map of the area around 110 Seabrook Drive, Falmouth, MA |
| 6A-D | Photographs of Nicole Roderigues's residence at 110 Seabrook Dr., Falmouth, MA |

| | |
|---|---|
| 7 | DEA-N19 audio tape of telephone call between the defendant and Nicole Roderigues recorded at the Barnstable County House of Correction - July 31, 2003 |
| 7A | Transcript of DEA-N19 |
| 8 | DEA-N22 audio tape of telephone conversation between the defendant and Randy Rose recorded at the Bristol County House of Correction - August 15, 2003 |
| 8A | transcript of DEA-N22 |
| 9A-D | Photographs of area of Ideal floor Covering |
| 10 | Cocaine (111.12) & packaging found by Mr. Gomes near a dumpster at Ideal Floor covering, Falmouth, MA |
| 11 | Small black digital scale found by Mr. Gomes with the cocaine |
| 12 | Cocaine (78.09 grams)& packaging recovered by Officer Sylvester of the Mashpee Police from a red pick-up truck on January 18, 2003 |
| 13 | Curriculum Vitae of Adrian S. Krawezeniuk, DEA Chemist |
| 14 | DEA-7, Forensic Chemist Worksheet, and other paperwork associated with the testing of cocaine seized on February 10, 2003 |
| 15 | DEA-7, Forensic Chemist Worksheet, and other paperwork associated with the testing of cocaine seized on June 18, 2003 |
| 16 | Curriculum Vitae of Elisabeth O'Brien, Massachusetts state chemist |

| | |
|---|---|
| 17 | Massachusetts State Laboratory analysis of cocaine recovered at the dumpster near Ideal Floor Covering |
| 18 | Control Card, Drug Powder Analysis Form, and other paperwork associated with the testing of cocaine seized at Ideal Floor Covering on July 31, 2004 |
| 19 | Massachusetts State Laboratory analysis of cocaine (78.09 grams) recovered from a Ford pick-up truck on January 18, 2003 |
| 20 | Control Card, Drug Powder Analysis Form, and other paperwork associated with the testing of cocaine seized from a Ford pick-up truck on January 18, 2004 |
| 21 | Auto Pros Purchase and sale for defendant's 2000 Cadillac Escalade |
| 22 | Massachusetts State Probation Records and copies of checks provided by the defendant to state probation |
| 23 | DEA-88 Consent To Search signed by Debbie Lino on July 31, 2003 |
| 24 | Arbella Mutual Insurance papers (2 Pages) |
| 25 | Vivieros Insurance receipt for $2,247.00 |
| 26 | MA registration for motorcycle, MA Learner's Permit for motorcycle, Town of Mashpee excise tax bill for motorcycle |
| 27 | Bottle of Inositol Powder |
| 28 | Hoppe's Gun Cleaning Kit |
| 29 | Black Semiautomatic Magazine |
| 30 | Three .45 caliber rounds |
| 31 | ammunition, ammunition box, empty shells found in drawer |

|  |  |
|---|---|
| 32A-D | Photographs of 2000 Cadillac Escalade - exterior and interior views |
| 33 | Detailz - Certificate of Authenticity of Business Records and attached receipt |

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                           By:  <u>/s David G. Tobin</u>
                                        DAVID G. TOBIN
                                        WILLIAM D. WEINREB
                                        Assistant U.S. Attorneys
                                        One Courthouse Way
Date: November 15, 2004       Boston, MA 02210
                                        (617)748-3392