UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
UNITED STATES      )
                   )
     v.            ) CRIMINAL ACTION NO. 03-10377-WGY
                   )
ERIC LINO          )
```

## JURY VERDICT

1. On the distribution charge, we find Eric Lino

   \_\_\_\_\_ not guilty

   ✓ guilty of distribution of \_\_55.2 grams\_\_ cocaine

2. On the conspiracy charge, we find Eric Lino

   \_\_\_\_\_ not guilty

   ✓ guilty of conspiracy to distribute cocaine.

   In this conspiracy

   a. _____ is properly attributable to Eric Lino

   b. \_\_\_\_✓\_\_\_\_ at least 3.5 kilograms but less than 5 kilograms

   c. _____ at least 2 kilograms but less than 3.5 kilograms

   d. _____ at least 500 grams but less than 2 kilograms

   e. _____ at least 400 grams but less than 500 grams

    f. _____ at least 300 grams but less than 400 grams

    g. _____ at least 200 grams but less than 300 grams

    h. _____ *at least 100 grams but less than 200 grams* ✓

3. As to the forfeiture claim, we find that the following items are to be forfeited:

   a. \_\_\_ No   ✓ Yes   A 2000 Cadillac Escalade, bearing Massachusetts registration No. 19EK03, registered in the name of Gerard Senac

   b. ✓ No   \_\_\_ Yes   One Yamaha Waverunner jet ski, #GP800X and GP80824030

   c. ✓ No   \_\_\_ Yes   One Yamaha Waverunner jet ski (With jet ski trailer, MA Reg. 900562), #GP1200X and GU00806444

*[signature]*
Forelady

Date: Nov. 23rd, 2004