UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
|  | Criminal Action<br>No:03-10377-WGY |
| **UNITED STATES**<br>**Plaintiff** |  |
| v. |  |
| **ERIC LINO**<br>**Defendant** |  |

NOTICE OF HEARING

**YOUNG, C.J.**

TAKE NOTICE that the above-entitled case has been set for Hearing on the Government's Motion for Order re: 21USC Section 851 at 2:00 P.M. , on THUR. DEC. 16, 2004, in Courtroom No. 18, 5TH floor.

By the Court,

/s/ Elizabeth Smith
_____
**Deputy Clerk**

**November 29, 2004**

**To: All Counsel**