UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) ) ) VS. ) ) ERIC LINO, ) _Defendant._ ) | CRIMINAL NO. 03-10377-WGY |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR NEW TRIAL**

The Defendant, Eric Lino, requests that this Court grant him an extension under F.R.C.P. 33(b)(2) to file his Motion for New Trial. Specifically, the Defendant requests that this Court grant him until Friday, January 21, 2005 to file the Motion.

As grounds, the Defendant states that during December, 2004 his counsel will be trying two murder cases in the state courts, and will therefore be unable to file the Motion within the time permitted by the rule.

Respectfully submitted,
FOR THE DEFENDANT,

_/s/ Barry P. Wilson_
Barry P. Wilson
BBO# 529680
LAW OFFICES OF BARRY P. WILSON
240 Commercial Street
Suite 5A
Boston, Massachusetts 02109
(617) 248-8979

Dated: 11/30/04

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>VS. )<br>)<br>ERIC LINO, )<br>    *Defendant.* ) | CRIMINAL NO. 03-10377-WGY |

## CERTIFICATE OF SERVICE

I, Barry P. Wilson certify that I have on this day delivered copies of the enclosed documents by first-class mail, postage pre-paid, to the following:

David Tobin
United States Attorney's Office
1 Courthouse Way-
Boston, MA 02210

Dated: 11/30/04

_____
Barry P. Wilson