UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                                  **Criminal Action**
                                                                   **No:03-10377-WGY**

**UNITED STATES**
**Plaintiff**

**v.**

**ERIC LINO**
**Defendant**

## NOTICE  OF  RESCHEDULING

**YOUNG, C.J.**

    TAKE NOTICE that the above-entitled case has been set for Hearing on the Government's Motion re: 21 USC Section 851 at 2:00 P.M., on JAN. 13, 2005. The hearing will take place at: BOSTON COLLEGE LAW SCHOOL, 885 CENTRE ST., EAST WING RM. 115., NEWTON, MA.

                                                           **By the Court,**

                                                           **/s/ Elizabeth Smith**

                                                           **Deputy Clerk**

**December 9, 2004**

**To: All Counsel**