UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2004 NOV 12 P 3:51
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA ) ) ) | CRIMINAL NO. 03-10377-WGY |
| VS. ) ) | |
| ERIC LINO, ) *Defendant.* ) | |

## MOTION IN LIMINE TO PRECLUDE ANY REFERENCES TO THE DEFENDANT'S INCARCERATION STATUS

The Defendant requests that the Court bar the introduction into evidence and any mention of the Defendant's status as a prisoner. This would include, but is not limited to, the introduction of transcripts of taped telephone conversations made from prison, and the testimony of Dennis Maietta, a former probation officer for the Defendant.

As grounds, the Defendant states that his status as a prisoner is not relevant to any element of the crimes charged, and that any mention of it would create substantial prejudice against him.

YOUNG D.J.
    MOTION DENIED
By the Court

_____
Deputy Clerk

Dated: 11/15/04

Respectfully submitted,
FOR THE DEFENDANT,

_____
Barry P. Wilson
BBO# 529680
LAW OFFICES OF BARRY P. WILSON
240 Commercial Street
Suite 5A
Boston, Massachusetts 02109
(617) 248-8979
(617) 523-8700

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>VS. )<br>)<br>ERIC LINO, )<br>    *Defendant.* ) | CRIMINAL NO. 03-10377-WGY |

## MOTION TO SEQUESTER WITNESSES

The above-named Defendant hereby respectfully moves this Honorable Court for an order directing that all witnesses be sequestered at the trial of this matter and in so doing order that:

1. All prospective witnesses be excluded from the courtroom;

2. All prospective witnesses be ordered to be separated from each other and not talk among themselves about their testimony;

3. Any testifying witness be sequestered during the period of any recess;

As grounds, the Defendant states that the witnesses should be sequestered to ensure that the Defendant receives a fair trial.

YOUNG D.J.
MOTION ALLOWED
By the Court

_/s/ [signature]_
Deputy/Clerk

Dated: 11/12/04

Respectfully submitted,
FOR THE DEFENDANT,

_/s/ Barry P. Wilson_
Barry P. Wilson
LAW OFFICES OF BARRY P. WILSON
240 Commercial Street
Suite 5A
Boston, MA 02109
617/248-8979
617/523-8700 (fax)
BBO#: 52968

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> VS. <br><br> ERIC LINO, <br> _Defendant._ | CRIMINAL NO. 03-10377-WGY |

## MOTION FOR THE "STRUCK METHOD" OF JURY SELECTION

The above-named Defendant, hereby moves this Honorable Court for an order directing that the "struck method" of jury selection be employed, by first finding enough indifferent jurors to equal the number needed to serve on the jury, plus the total number of peremptory challenges, before allowing the parties to exercise their peremptory challenges.

As grounds, the Defendant states that the employment of the struck method will better ensure that the Defendant receives a fair trial.

Respectfully submitted,
FOR THE DEFENDANT,

YOUNG D.J.
  MOTION DENIED
By the Court

_____
Deputy Clerk

_____
Barry P. Wilson
LAW OFFICES OF BARRY P. WILSON
240 Commercial Street
Suite 5A
Boston, MA 02109
617/248-8979
617/523-8700 (fax)
BBO#: 529680

Dated: 11/12/04

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>VS. )<br>)<br>ERIC LINO, )<br>   *Defendant.* ) | CRIMINAL NO. 03-10377-WGY |

## CERTIFICATE OF SERVICE

I, Barry P. Wilson, certify that I have on this day served copies of the enclosed documents by ~~hand~~ to:
FAX

David Tobin
United States Attorney's Office
John Joseph Moakley Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210

Dated: 11/12/04

Barry P. Wilson