UNITED STATES DISTRICT COURT  YOUNG D.J.
DISTRICT OF MASSACHUSETTS

MOTION ALLOWED
By the Court

_Deputy Clerk_

| UNITED STATES OF AMERICA | ) |
|---|---|
| | ) |
| VS. | ) CRIMINAL NO. 03-10377-WGY |
| | ) |
| ERIC LINO, | ) |
| _Defendant._ | ) |

## MOTION IN LIMINE TO PRECLUDE THE INTRODUCTION OF CHECKS RECEIVED BY THE DEFENDANT FROM BAPTISE MASONRY

The Defendant requests that this Court bar from evidence twelve (12) checks made out to the Defendant from Baptiste Masonry.

As grounds, the Defendant states that he was not apprised of the checks until November 10, 2004, in violation of the Pretrial Order, which required the Prosecution to provide the Defense with a copy of all exhibits and a premarked list of exhibits by November 8, 2004. To date the Defense has not yet received copies of the checks. It has only received an indication from the Prosecution that it intends to introduce them.

The Prosecution has also indicated that it intends to call Dennis Maietta of the Falmouth District Court Probation Department to testify about the checks, i.e., to testify that he received copies of them while the Defendant was on probation. The Defense has addressed in a separate Motion the issue of Mr. Maietta's proposed testimony, but reiterates here that his name was not provided to the Defense until November 10, 2004, also in violation of the Pretrial Order. The Defense moves to bar Mr. Maietta's testimony on the further ground that is prejudicial, since it will result in the jury's learning of the Defendant's criminal history.

The Defense moves as well to bar the checks from evidence on the grounds that they are irrelevant. (In that regard they have no probative value that would potentially outweigh the prejudicial effect of Mr. Maietta's testimony.) The Defense is at a loss to

-2-

understand what these checks tend to prove, and can only surmise that it is the Prosecution's intent to use them merely to let the jury know that the Defendant has had past dealings with the law. This is improper, and the checks should therefore be precluded from evidence.

Respectfully submitted,
FOR THE DEFENDANT,

/s/ Barry P. Wilson
Barry P. Wilson
BBO# 529680
LAW OFFICES OF BARRY P. WILSON
240 Commercial Street
Suite 5A
Boston, Massachusetts 02109
(617) 248-8979
(617) 523-8700

Dated: 11/12/04