UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>VS. )<br>)<br>ERIC LINO, )<br>    _Defendant._ ) | CRIMINAL NO. 03-10377-WGY |

## MOTION IN LIMINE TO PRECLUDE ANY REFERENCE OF THE NAMES OF ALLEGED DRUG DEALERS

The Defendant requests that this Court bar any evidence or testimony that purports to identify any person as a drug dealer. As grounds, the Defendant states that the Prosecution has no competent evidence that would establish that any person named in the evidence is a drug dealer. Instead, the Prosecution can rely only on hearsay and surmise, and if it were to describe people as drug dealers there would be a danger that the jury would make a prejudicial association between them and the Defendant.

YOUNG D.J.
   MOTION ALLOWED
By the Court

_____
Deputy Clerk

Respectfully submitted,
FOR THE DEFENDANT,

_____
Barry P. Wilson
BBO# 529680
LAW OFFICES OF BARRY P. WILSON
240 Commercial Street
Suite 5A
Boston, Massachusetts 02109
(617) 248-8979
(617) 523-8700

Dated: 11/12/04