UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2004 NOV 12 P 3: 51

U.S. DISTRICT COURT
DISTRICT OF MASS.

| UNITED STATES OF AMERICA | ) |
|---|---|
| VS. | ) CRIMINAL NO. 03-10377-WGY |
| ERIC LINO, Defendant. | ) |

## MOTION FOR LEAVE TO CONDUCT VOIRE DIRE OF THE PROSECUTION'S OPENING STATEMENT

The Defendant requests that the Court grant his counsel leave to conduct voire dire of the Prosecution's opening statement. The Defense understands that this is an extraordinary request, but believes it is necessary given the nature and substance of the Prosecution's evidence, viz., hearsay, speculation, conjecture, and cumulative imputation.

The nature of the evidence leaves the Defendant exposed to great prejudice, and it is in the interests of justice to allow counsel to inquire into the content of the opening statement in order to redress in advance any objections. For this reason, too, voire dire of the Prosecution will allow for the more orderly administration of the trial.

YOUNG D.J.
MOTION DENIED
By the Court

_____
Deputy Clerk

Dated: 11/12/04

Respectfully submitted,
FOR THE DEFENDANT,

_____
Barry P. Wilson
BBO# 529680
LAW OFFICES OF BARRY P. WILSON
240 Commercial Street
Suite 5A
Boston, Massachusetts 02109
(617) 248-8979
(617) 523-8700