UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>VS.                                                    )<br>)<br>ERIC LINO,                                    )<br>_Defendant._                            ) | CRIMINAL NO. 03-10377-WGY |

## NOTICE OF APPEAL

Notice is herby given that Eric Lino, defendant above named, hereby appeals to the United States Court of Appeals for the First Circuit from the find judgment entered in this criminal case on April 26, 2005.

Respectfully submitted,
FOR THE DEFENDANT,

Barry P. Wilson
BBO# 529680
LAW OFFICES OF BARRY P. WILSON
240 Commercial Street
Suite 5A
Boston, Massachusetts 02109
(617) 248-8979

Dated: 5/20/05

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) ) ) |
| VS. | ) ) NO. 03-10377-WGY ) |
| ERIC LINO, Defendant | ) ) ) |

## CERTIFICATE OF SERVICE

I, Barry P. Wilson, do hereby certify that I did serve one (1) copy of the within Notice of Appeal, to David Tobin, A.U.S.A., United States District Court, 1 Courthouse Way, Suite 9200, Boston, MA 02210.

Barry P. Wilson

Date: 5/2/05