# United States Court of Appeals
## For the First Circuit

*[handwritten: 03-10377, Massachusetts(B), W. Young]*

No. 05-1665

UNITED STATES OF AMERICA,

Appellee,

v.

ERIC LINO,

Defendant, Appellant.

**MANDATE** *[stamp]*

**JUDGMENT**

Entered: July 12, 2007

*[date stamp: 2007 JUL 12 P 3:34]*

    This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The sentence imposed by the district court is affirmed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*[signature]*
Deputy Clerk

Date: 8.2.07

By the Court:
Richard Cushing Donovan, Clerk

*[signature]* Lynne Alix Morrison
By: Lynne Alix Morrison
Appeals Attorney

[cc: Mr. Goddu, Mr. Tobin, Ms. Chaitowitz, & Mr. Kromm.]